JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TENDEKA, INC., | CASE NO. 2:20-cv-05246-RGK-PVC |
| Plaintiff(s), | |
| vs. | **ORDER REMOVING MATTER FROM COURT'S ACTIVE CASELOAD** |
| CALIFORNIA RESOURCES PRODUCTION CORPORATION, | |
| Defendant(s). | |

In light of the Notice (Amended) of Stay of Proceedings Due to Defendants' Bankruptcy Filings [13], filed on July 27, 2020, regarding the Chapter 11 Bankruptcy filed by defendants, the Court hereby ORDERS this matter removed from the Court's active caseload, pending the outcome of said proceedings and/or further order of this Court. Counsel are to properly motion this Court should they desire this matter placed back on active status.

**IT IS SO ORDERED.**

DATED: July 30, 2020

_____
**R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE**